**No. 62930.**—V. T. Mancusi *v.* United States, protest 324003–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 62931.**—L. Batlin & Son, Inc. *v.* United States, protest 58/6894 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of porcelain switch plates similar in all material respects to that the subject of Abstract 60629, the claim of the plaintiff was sustained.

**No. 62932.**—Braun Importing Co., Inc. *v.* United States, protest 327288–K (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that two cases of walnuts reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the two cases of walnuts, which were reported by the inspector as manifested, not found. The protest was sustained to this extent.